IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02663-REB-MEH

DEMPSEY ALEXANDER KENNEDY and
CRYSTAL PHIFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, and
TAMMY MOSNESS, an individua,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2012.**

    Defendants' Unopposed Motion to Vacate Settlement Conference [filed January 12, 2012; docket #17] is **granted**. The Settlement Conference scheduled for January 17, 2012 is hereby **vacated**. If the parties wish to reschedule, they are directed to first conference together, then call my Chambers at (303) 844-4507 to obtain an available date.