**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02663-REB-MEH

DEMPSEY ALEXANDER KENNEDY, and
CRYSTAL PHIFER,

     Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, and
TAMMY MOSNESS, an individual,

     Defendants.

## ORDER DENYING AS MOOT MOTIONS TO DISMISS

**Blackburn, J.**

     The matter before me is the **CCA Defendants' Motion To Dismiss** [#8][1] filed October 20, 2011. On March 15, 2012, after the motion was filed and briefed, plaintiffs filed a **Motion To Amend Scheduling Order and Motion for Leave To Amend Complaint** [#24]. Plaintiffs sought leave to amend to incorporate evidence uncovered in discovery and provide greater specificity as to the underlying events in this law suit. The magistrate judge subsequently granted the motion and accepted the amended complaint for filing. (*See* **Order on Motion for Leave To Amend Complaint** [#31] filed March 13, 2012.)

     The filing of an amended complaint moots a motion to dismiss directed at the superceded complaint. *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo.

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Moreover, the magistrate judge specifically considered and rejected defendants' argument that amendment would be futile in light of the instant motion to dismiss. Therefore, the motion will be denied without prejudice as moot.

**THEREFORE, IT IS ORDERED** that **CCA Defendants' Motion To Dismiss** [#8] filed October 20, 2011, is **DENIED WITHOUT PREJUDICE** as moot.

Dated April 16, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge