IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02663-REB-MEH

DEMPSEY ALEXANDER KENNEDY and
CRYSTAL PHIFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, and
TAMMY MOSNESS, an individual,

    Defendants.

---

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

**Michael E. Hegarty, United States Magistrate Judge**.

    This matter comes before the Court on Plaintiffs' Unopposed Motion for Continuance of Trial Date and for Supplemental Scheduling Conference [filed June 20, 2012; docket #38]. The Motion was referred to this Court for partial disposition and recommendation. (Docket #81.) At Plaintiffs' request, the Court held a supplemental scheduling conference in this case on June 28, 2012, to discuss the necessity of modifying deadlines and continuing the trial date.

    Upon review of Plaintiffs' Motion and in consideration of the arguments advanced by Plaintiffs' counsel at the supplemental scheduling conference, the Court finds that 60-day continuance of all deadlines, including the trial date, is appropriate and advisable. Plaintiffs' counsel entered his appearance on March 23, 2012, after previous counsel had withdrawn. Although Plaintiffs' counsel initially believed he could comply with the existing deadlines, other matters have caused him to fall significantly behind. Under the current litigation schedule, Plaintiffs' counsel is concerned that he will not be able to complete discovery or diligently protect his clients' interests.

The Court shares his concern. As of today, the deadlines and settings for this case are as follows:

| | |
|---|---|
| Discovery Deadline: | **July 19, 2012** |
| Dispositive Motions Deadline: | **July 31, 2012** |
| Deadline for Rule 702 Motions: | **July 31, 2012** |
| Final Pretrial Conference: | **Sept. 6, 2012** |
| Trial Preparation Conference: | **Nov. 2, 2012** |
| Jury Trial: | **Nov. 19, 2012** |

For the reasons described above, the Court respectfully RECOMMENDS that the Trial Preparation Conference set for September 6, 2012, and the Jury Trial set for November 19, 2012, be **vacated** and **reset** to dates at least 60 days beyond the current settings as Judge Blackburn's calendar permits.[1]  Consistent with the continued settings, the Court also RECOMMENDS the District Court extend the deadline for Rule 702 motions to September 28, 2012, and authorize this Court modify the Scheduling Order as follows:

| | |
|---|---|
| Discovery Deadline: | **Sept. 17, 2012** |
| Dispositive Motions Deadline: | **Sept. 28, 2012** |
| Final Pretrial Conference: | **Nov. 2, 2012** |

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).

Respectfully submitted at Denver, Colorado, this 29th day of June, 2012.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge