**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02663-REB-MEH

DEMPSEY ALEXANDER KENNEDY, and
CRYSTAL PHIFER,

      Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, and
TAMMY MOSNESS, an individual,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the recommendation to continue the trial in this matter contained in the **Recommendation of United States Magistrate Judge** [#42][1] filed June 29, 2012. No objection having been filed, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Recommendation of United States Magistrate Judge** [#42], filed June 29, 2012, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2.  That the Trial Preparation Conference, currently scheduled for Friday, November 2, 2012, at 3:30 p.m., and the trial, currently scheduled to commence on November 19, 2012, at 8:30 a.m., are **VACATED** and **CONTINUED** pending further order of the court; and

3.  That the Trial Preparation Conference and trial **SHALL BE RESET** during a telephonic setting conference on **August 15, 2012**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated August 9, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge