IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02663-REB-MEH | Date: September 14, 2012 |
| Courtroom Deputy: Nick Richards | **FTR – Courtroom A501** |

| | |
|---|---|
| DEMPSEY ALEXANDER KENNEDY and CRYSTAL PHIFER, | Nelson Patrick Boyle |
| Plaintiffs, | |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA and TAMMY MOSNESS, | Edmund Martin Kennedy |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session: 10:01 a.m.**

Court calls case. Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Defendant Corrections Corporation of America's Motion for Protective Order [Doc. No. 64, filed September 11, 2012].

**ORDERED:** Defendant Corrections Corporation of America's Motion for Protective Order [64] is **GRANTED** without prejudice as to allow plaintiff's counsel to produce a new Fed. R. Civ. P. 30(b)(6) notice.

Counsel shall inform the court on the morning of September 17, 2012 as to when the deposition of defendant Tammy Mosness shall occur. Within five business days of the deposition of Ms. Mosness, plaintiff's counsel shall produce a new Fed. R. Civ. P. 30(b)(6) notice. Should defense counsel wish to object, an objection is due within five business days of receipt of the 30(b)(6) notice.

**ORDERED:** The discovery cut-off and dispositive motion deadlines are both extended to November 19, 2012. Counsel is granted an additional 10 interrogatories.

**ORDERED:**  Status Conference is set for November 19, 2012 at 9:45 a.m. in Courtroom A-501 before Magistrate Judge Michael E. Hegarty to discuss the status of the case and the status of trial.

**Court in recess: 10:37 a.m.**  (**Hearing concluded**)
**Total time in court:**  0:36