IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-02663-REB-MEH | Date:   October 17, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| DEMPSEY ALEXANDER KENNEDY and CRYSTAL PHIFER, | Nelson Boyle |
| Plaintiffs, | |
| vs. | |
| CORRECTIONS CORPORATION OF AMERICA and TAMMY MOSNESS, | Edmund Kennedy |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   10:47 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion for Protective Order (Doc. #70, filed 10/1/12).

**ORDERED:**   Defendants' Motion for Protective Order (Doc. #70, filed 10/1/12) is GRANTED in part and DENIED in part as stated on the record.

**Court in recess:**   11:30 a.m.   (Hearing concluded)
**Total time in court:**   0:43