IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-02663-REB-MEH | Date:   October 17, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

DEMPSEY ALEXANDER KENNEDY and                     Nelson Boyle
CRYSTAL PHIFER,

      Plaintiffs,

vs.

CORRECTIONS CORPORATION OF AMERICA and        Edmund Kennedy
TAMMY MOSNESS,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**      **10:47 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendants' Motion for Protective Order (Doc. #70, filed 10/1/12).

**ORDERED:**   Defendants' Motion for Protective Order (Doc. #70, filed 10/1/12) is GRANTED
              in part and DENIED in part as stated on the record.

**Court in recess:**      **11:30 a.m.  (Hearing concluded)**
**Total time in court:**  0:43