**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02663-REB-MEH

DEMPSEY ALEXANDER KENNEDY, and
CRYSTAL PHIFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, a Tennessee corporation, and
TAMMY MOSNESS, an individual,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulated Motion For Dismissal With Prejudice (with proposed Order)** [#86][1] filed January 11, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice, with each party to pay his own costs and attorney fees.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion For Dismissal With Prejudice (with proposed Order)** [#86] filed January 11, 2013, is **GRANTED**;

    2. That the Final Pretrial Conference and Trial Preparation Conference set for February 1, 2013, are **VACATED**;

---

[1] "[#86]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the jury trial set to commence February 25, 2013, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 11, 2013, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge